In the Matter of the Application of ISAAC E. PEARSON for an Order of Certiorari against TERRY C. BRACE, Supervisor, and Others.— Order of certiorari dismissed and determination of town board confirmed, with fifty dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MERVIN A. NEARPASS, Appellant, v. CONCRETE FORM COMPANY, INC., Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN O'NEIL, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

BERTHA CUGLEY, Respondent, v. LENA MATTER, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LEOKADYA FRON, an Infant, etc., Respondent, v. STANLEY WOLSKI, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to appellant to abide the event, on the ground that there was a question of fact presented as to whether or not the plaintiff was non sui juris. (Camardo v. New York State Railways, 247 N. Y. 111.) All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

W. E. KINNEY CORPORATION, Respondent, v. OLIVER COSTICH DEVELOPMENT CORPORATION, Appellant, Impleaded, etc.— Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HARRY L. JAUCH, Respondent, v. HOWARD G. CASE, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application of the CITY OF ROCHESTER to Acquire Land for the Extension of Monroe Avenue in Said City.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PAUL V. CONNOLLY, as Trustee in Bankruptcy of the HOME AND COUNTRY PUBLISHING COMPANY, Bankrupt, Appellant, v. JOSEPH DREXELIUS, Respondent. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Judicial Construction of the Last Will and Testament of GEORGE J. GILLIES, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CHARLES M. VOUGHT, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of HUGH CHRISTIE, an Alleged Incompetent Person.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court